1   ANDREW K. JACOBSON (CSBN 148583)
    BAY OAK LAW
    1939 Harrison St, Suite 929
2   Oakland, CA 94612
    Telephone:   (510) 208-5500
3   Facsimile:   (510) 208-5511

4   Counsel for Plaintiff
    Eric Ruiz

5

6

7                     CENTRAL DISTRICT OF CALIFORNIA

8                        BANKRUPTCY COURT,

9                        RIVERSIDE DIVISION

10

11  ERIC RUIZ, AN INDIVIDUAL,              Bankruptcy Court No.

12  PLAINTIFF,                             6:17-bk-13823-MJ

13  v.                                     Case No.

14  DAVID MOYES, DBA SOCAL PINBALL, AND    COMPLAINT BY ERIC RUIZ FOR FRAUD
    DOES 1 THROUGH 5, INCLUSIVE,           AND NON-DISCHARGEABILITY DUE TO
15                                         FRAUD 11 U.S.C. § 523(A)(2) AND (4)
    DEFENDANTS.
16

17      Plaintiff Eric Ruiz complains as follows:                **By Fax**

18      1.    Plaintiff Ruiz lives in San Anselmo, California.

19      2.    Defendant David Moyes lives in Lake Elsinore, California. He filed a

20  fictitious business name for SoCal Pinball with the Riverside County Clerk's office in

21  2010; the fictitious business name registration expired in February 2015, and there is no

22  record of it being renewed.

23      3.    **Jurisdiction.** Ruiz is informed and believes, and therefore alleges, that

24  jurisdiction and venue are proper in this court because defendant has filed for

25  bankruptcy protection in Case No. 6:17-bk-13823-MJ, pursuant to Chapter 7 of the

26                                  -1-

        NON-DISCHARGEABILITY COMPLAINT AGAINST DAVID MOYES

1 bankruptcy code, and the debt may not be subject to discharge, pursuant to 11 U.S.C. §

2 523(a)(2), for money obtained under false pretenses, false representation, or actual

3 fraud.

4    4.    **Factual Background.** Defendant Moyes advertised an "Addams Family

5 Pinball Machine" on ebay.com, through his fictitious business name, SoCalPinballs. A

6 true copy of the ebay advertisement is attached as Exhibit A and incorporated into this

7 complaint by this reference. While there is a picture of what purports to be the machine,

8 On or about March 1, 2007, plaintiff Ruiz came upon SoCalPinballs' EBay advertisement.

9 Ruiz had questions about the machine, and telephoned Defendant Moyes about those

10 questions by acquiring his telephone number from Defendant Moyes' website,

11 www.socalpinballs.com. The website, significantly, did not have a "no return" policy,

12 then or now.

13    5.    Defendant Moyes sought to have all communications and sale of the

14 machine occur outside the EBay forum. He represented that the transaction would occur

15 faster if he sent a PayPal invoice by email, which Plaintiff Ruiz would then pay. That

16 representation was false. Further, Defendant Moyes concealed that by going outside of

17 EBay, he could avoid EBay's policy guaranteeing the buyer's money back in the event that

18 the product was unsatisfactory.

19    6.    During the phone call, Defendant Moyes represented that the machine was

20 in "pristine condition," had minimal wear and tear, and all aftermarket add-ons like LED

21 lights. By these representations, Defendant Moyes induced Plaintiff Ruiz to buy the

22 machine for $6800, plus $375 in shipping by PalPal, outside the EBay guarantee.

23    7.    Defendants' Moyes' representations in the above paragraph were false.

24 When Ruiz received the machine on or about March 9, 2016, it was not in "pristine

25 condition," but in fact was in an inferior condition: it has substantial wear and tear, lacks

26

**NON-DISCHARGEABILITY COMPLAINT AGAINST DAVID MOYES**

1    the normal shine, has multiple lights that did not operate, and the power would regularly

2    go on and off during play, reverting to a test mode. Most importantly, the machine was

3    "planking" – the surface on which the balls run was warped and unusable. Defendant

4    Moyes concealed this from Ruiz. True copies of pictures showing the real condition

5    (which was concealed by Moyes in his more distant side view) are attached as Exhibit B

6    and incorporated in this Complaint by this reference.

7    **8.**    Ruiz immediately contacted Defendant Moyes to arrange a return, who

8    claimed that he had already spent the money, and could not provide the money back. He

9    also claimed that there was a "no return" policy, which did not, and does not, actually

10   appear on his website, www.socalpinballs.com. Ruiz has caused the machine to be

11   returned to Defendant Moyes. However, Defendant Moyes refuses to return the money

12   he wrongfully took from Ruiz.

13   **9.**    Ruzi filed suit in the Marin County Superior Court, Case No. CIV 1602358,

14   on June 29, 2016. Moyes filed an answer, denying the claims. Trial was scheduled for

15   May 16, 2017, but Moyes filed a chapter 7 bankruptcy petition on May 7, 2017. The Marin

16   County case remains stayed by order of this Court.

17                              **FIRST CAUSE OF ACTION**

18                          **NON-DISCHARGEABILITY FOR FRAUD**

19   10.    Ruiz incorporates in this cause of action paragraphs 1 through 9, above, as

20   though fully stated.

21   11.    Defendant Moyes made representations, listed above, about the machine,

22   in an effort to induce Ruiz to rely upon those representations to buy the machine outside

23   of Ebay's money back guarantee.

24   12.    Defendant's representations were false, and Defendant knew them to be

25   false when they were made. Ruiz reasonably relied upon the false representations in

26

_____

**NON-DISCHARGEABILITY COMPLAINT AGAINST DAVID MOYES**

1   purchasing the machine.

2        13.    Ruiz has been damaged by Defendants' breach in the sum of $7175.00.

3   Pursuant to Cal. Pen. Code § 496, that sum may be trebled, and an award of costs and

4   attorneys' fees may be made.

5        14.    Pursuant to 11 U.S.C. § 523(a)(2), this court may not discharge the debtor

6   for this debt because of the underlying false pretenses, false representation, and actual

7   fraud in Defendant Moyes' conduct.

8
                                    **PRAYER FOR RELIEF**
9
     WHEREFORE, Ruiz prays for judgment against Defendants as follows:
10
        1.    For an order of non-dischargeability, pursuant to 11 U.S.C. § 523(a)(2);
11
        2.    For damages in a sum according to proof;
12
        3.    For exemplary damages under Cal. Penal Code § 496 in a sum according to
13
     proof;
14
        4.    For attorney's fees to the extent allowed by law; and
15
        5.    For such other relief as the Court may deem proper.
16

17                                    Respectfully submitted,

18   Dated: August 11, 2017          **BAY OAK LAW**

19

20                                   By: _Andrew K Jacobson_

21                                   ANDREW K JACOBSON
                                     Counsel for Plaintiff Eric Ruiz
22

23

24

25

26                                        -4-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EXHIBIT A

EBAY ADVERTISEMENT

NON-DISCHARGEABILITY COMPLAINT AGAINST DAVID MOYES



**THE ADDAMS FAMILY PINBALL MACHINE LED'S, TV MOD, POLAR BEAR, PUGSLEY, LIMO, MORE**
IN HOME SHIPPING OR LOCAL PICKUP · WORLDWIDE SHIPPING

Item condition:   --
Ended:   Mar 01, 2016, 7:36AM

Price:   **US $6,795.00**

Shipping:   **$395.00** Economy Shipping | See details
Item location: Lake Elsinore, California, United States
Ships to: United States
Delivery:   Estimated within 4-13 business days ⊙
Payments:   **PayPal** | See details
Returns:   Seller does not offer returns. You are covered by the eBay Money Back
Guarantee if you received an item that is not as described in the listing.
Guarantee:   ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Seller information**
socalpinbala (2014 ☆)
99.2% Positive feedback

→ Follow this seller
See other items

> Have one to sell?    Sell now

Have one to sell?   Sell now

Description    Shipping and payments

Report item

assumes all responsibility for this listing.

Started on: Feb 25, 2018 16:47:42 PST View all revisions









A pinball
experience
for the
whole family!

Created by the
FUN HOUSE™ design team.

Bally

THE ADDAMS FAMILY BY BALLY IS A VERY EXCITING AND
CHALLENGING PINBALL MACHINE THAT IS A HUGE FAVORITE
FOR EVERY PINBALL ENTHUSIAST AND THE NUMBER 1
SELLING MACHINE OF ALL TIME.

THE ADDAMS FAMILY IS ALWAYS RANKED IN THE TOP 3 IN
THE LIST OF BEST PINBALL MACHINES OF ALL TIME AND FOR
GOOD REASON.

THE ADDAMS FAMILY HAS SO MANY FEATURES ON THE
PLAYFIELD DESIGNED BY PAT LAWLOR WHO ALSO DESIGNED
TWILIGHT ZONE.

WATCH THING COME FROM UNDER THE PLAYFIELD AND GRAB
THE BALL AND DROP IT IN THE CELLAR. WATCH AS THE
BOOKCASE REVOLVES ALLOWING ACCESS TO THE HIDDEN
VAULT. AND ONE OF THE BEST SHOWS IN PINBALL CAN BE
EXPERIENCED WHEN YOU REACH "SHOWTIME" WHERE
THINGS REALLY GET FUN.







**CONDITION OF MACHINE**

THE CABINET IS IN VERY NICE CONDITION. ANY SMALL NICKS HAVE BEEN TOUCHED UP. ALL METAL TRIM IS IN GREAT CONDITION AS WELL AS THE COIN DOOR. NEW LEG BOLTS AND PINCAB PROTECTORS HAVE BEEN ADDED. ALL KEYS COME WITH THE MACHINE AS WELL AS ALL THE MANUALS SHOWN. A BRAND NEW PLAYFIELD GLASS HAS ALSO BEEN INSTALLED.

THE PLAYFIELD IS IN VERY NICE CONDITION WITH A GLOSSY SHINE AND MINIMAL WEAR. ALL PLASTICS ARE PERFECT. COLORED POST SLEEVES HAVE BEEN ADDED. ALL THE RUBBER HAS BEEN REPLACED WITH NEW WHITE BANDS AND ALL NEW FLIPPER RUBBER. MOST THE GI LAMPS AND INSERTS HAVE BEEN UPGRADED TO LONG LASTING AND BEAUTIFUL COLORFUL LED LAMPS AS WELL AS MOST LAMPS IN THE BACK BOX.

I HAVE REPLACED ANY WORN COMPONENTS ON THE FLIPPERS TO ASSURE STRONG AND DEPENDABLE PLAY.

MODS INCLUDE:

POLAR BEAR MOD WITH LED EYES AND MOUTH.

TV MOD WITH SLIDESHOW OF DOZENS OF YOUR FAVORITE EPISODES.

PUGSLEY FIGURE SITTING IN THE ELECTRIC CHAIR.

AUTHENTIC LOOKING LIMO ABOVE THE RIGHT UPPER FLIPPER.

COLORED POST SLEEVES.

BLUE FLIPPER BUTTONS.

BLUE CABINET PROTECTORS.

CUSTOM APRON CARDS.

THIS IS A US MACHINE. NOT AN IMPORT.

FREE LOCAL DELIVER 75 MILES OF LAKE ELSINORE CALIFORNIA

# BUY 2 PINBALL MACHINES AND GET 2 FOR 1 SHIPPING!

LOCAL PICK UP AND INSPECTION IS WELCOME. I CAN ALSO SHIP THIS MACHINE USING NORTH AMERICAN VAN LINES FOR $395.00 ANYWHERE IN THE CONTINENTAL UNITED STATES. THEY ARE THE SAFEST AND MOST RELIABLE COMPANY TO DELIVER



YOUR PINBALL MACHINE BLANKET WRAPPED WITH
THE LEGS ATTACHED RIGHT INSIDE YOUR HOME
GROUND LEVEL. I WILL BE HAPPY TO MAKE ALL
SHIPPING ARRANGEMENTS FOR YOU.

If you would like to ask me any questions about this
machine or others I have for sale, please call David
at 951-454-9561 or email me.

PLEASE READ MY FEEDBACK WITH MULTIPLE
PINBALL SALES AND BID WITH CONFIDENCE.





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## EXHIBIT B

## PICTURES OF ACTUAL MACHINE





( see full picture on following page)







B1040 (FORM 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**<br>Eric Ruiz | **DEFENDANTS**<br>David Alan Moyes, dba SoCal Pinball |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Andrew K Jacobson, Bay Oak Law CSBN 148583<br>1939 Harrison St, Ste 929<br><br>Oakland, CA 94612         Tel: 510-208-5500 | **ATTORNEYS** (If Known)<br>Kristen R Lamar, New Chapter Law Group<br>5927 Balfour Court, Ste 115<br>Carlsbad, CA 92008 |
| **PARTY** (Check One Box Only)<br>☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor       ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor          ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor       ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Fraud in the sale of a pinball machine that was falsely represented as to condition. Exempt from discharge
pursuant to 11 USC 523(a)(2).

# By Fax

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
1 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
   (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court
   if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 7175.00 plus treble damages per Cal. Pen. Code 496 |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>David Alan Moyes and Dawn Janine Moyes | BANKRUPTCY CASE NO.<br>6:17-bk-13823-MJ | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Riverside | NAME OF JUDGE<br>Jury |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>*Andrew K Jacobson* | | |
| DATE<br>August 11, 2017 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Andrew K Jacobson, CSBN 148583 | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.